UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

---

DAKOTA FOUNDRY, INC.                                Civ. 11-1026

        Plaintiff,

v.                                                  **STIPULATION FOR DISMISSAL**
                                                        **WITH PREJUDICE**

TROMLEY INDUSTRIAL HOLDINGS, INC.

        Defendant.

---

The parties, by and through their undersigned attorneys of record, stipulate and agree that this matter may be dismissed upon the merits and with prejudice, with no costs to be awarded to either party, and that the Court may enter an appropriate Order of Dismissal.

Dated this 27 day of August, 2014.

                                      Nancy J. Turbak Berry
                                      Turbak Law Office
                                      26 South Broadway, Suite 100
                                      Watertown, SD 57201
                                      Attorneys for Plaintiff

Dated this 28th day of August, 2014.

                                      Michael F. Tobin
                                      BOYCE, GREENFIELD, PASHBY & WELK, L.L.P.
                                      300 South Main Avenue
                                      P.O. Box 5015
                                      Sioux Falls, SD 57117-5015
                                      Attorneys for Defendant