

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

FILED
AUG 29 2014

---

DAKOTA FOUNDRY, INC.                              Civ. 11-1026

        Plaintiff,

v.                                                **JUDGMENT OF DISMISSAL**

TROMLEY INDUSTRIAL HOLDINGS,
INC.

        Defendant.

---

Pursuant to the Stipulation for Dismissal with Prejudice, it is

ORDERED, ADJUDGED, AND DECREED that the stipulation for dismissal with prejudice (Docket 60) is granted, and this action is dismissed upon its merits, with prejudice, with each of the parties to bear their own costs and attorney's fees.

Dated this 29th day of August, 2014.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge

ATTEST:

JOSEPH HAAS, CLERK

BY: _____
      DEPUTY